# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:19–cv–06982–LLS

| | |
|---|---|
| Command Arms Accessories, LLC et al v. ME Technology Inc. | Date Filed: 07/25/2019 |
| Assigned to: Judge Louis L. Stanton | Date Terminated: 10/31/2019 |
| Cause: 15:1114 Trademark Infringement (Lanham Act) | Jury Demand: Plaintiff |
| | Nature of Suit: 840 Trademark |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Command Arms Accessories, LLC**    represented by    **Frank A Mazzeo**
Ryder, Lu, Mazzeo & Konieczny LLC
808 Bethlehem Pike, Suite 200
Ste 200
Colmar, PA 18915
215–997–0248
Fax: 215–997–0266
Email: fmazzeo@rmkiplaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**CAA Industries, Ltd**    represented by    **Frank A Mazzeo**
(See above for address)
*ATTORNEY TO BE NOTICED*


V.

**Defendant**

**ME Technology Inc.**    represented by    **Timothy John McGinn**
Gunster, Yoakley & Stewart, P.A.
600 Brickell Ave., Ste. 3500
Miami, FL 33131
(305) 376–6000
Fax: (305) 376–6010
Email: tmcginn@gunster.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William K. Hill**
Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, 23rd Floor
Miami, FL 33131
(305)–350–7202
Fax: (305)–351–2216
Email: whill@gunster.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/25/2019 | ï 1 | COMPLAINT against ME Technology Inc.. (Filing Fee $ 400.00, Receipt Number ANYSDC−17315160)Document filed by Command Arms Accessories, LLC, CAA Industries, Ltd. (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 Exhibit Exhibit 3, # 4 Exhibit Exhibit 4, # 5 Exhibit Exhibit 5, # 6 Verification)(Mazzeo, Frank) (Entered: 07/25/2019) |
| 07/25/2019 | ï 2 | CIVIL COVER SHEET filed. (Mazzeo, Frank) (Entered: 07/25/2019) |
| 07/25/2019 | ï 3 | AO 120 FORM TRADEMARK – NOTICE OF SUBMISSION BY ATTORNEY. AO 120 Form Patent/Trademark for case opening submitted to court for review.(Mazzeo, Frank) (Entered: 07/25/2019) |
| 07/25/2019 | ï 4 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by CAA Industries, Ltd.(Mazzeo, Frank) (Entered: 07/25/2019) |
| 07/25/2019 | ï 5 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Command Arms Accessories, LLC.(Mazzeo, Frank) (Entered: 07/25/2019) |
| 07/25/2019 | ï 6 | **FILING ERROR – DEFICIENT PLEADING – SUMMONS REQUEST PDF ERROR –** REQUEST FOR ISSUANCE OF SUMMONS as to ME Technology Inc., re: 1 Complaint,. Document filed by CAA Industries, Ltd, Command Arms Accessories, LLC. (Mazzeo, Frank) Modified on 7/26/2019 (dnh). (Entered: 07/25/2019) |
| 07/26/2019 | ï | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above−entitled action is assigned to Judge Louis L. Stanton. Please download and review the Individual Practices of the assigned District Judge, located at http://nysd.uscourts.gov/judges/District. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at http://nysd.uscourts.gov/ecf_filing.php. (dnh) (Entered: 07/26/2019) |
| 07/26/2019 | ï | Magistrate Judge Katharine H. Parker is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: http://nysd.uscourts.gov/forms.php. (dnh) (Entered: 07/26/2019) |
| 07/26/2019 | ï | Case Designated ECF. (dnh) (Entered: 07/26/2019) |
| 07/26/2019 | ï | **\*\*\*NOTICE TO ATTORNEY REGARDING CIVIL. CASE OPENING STATISTICAL ERROR CORRECTION: Notice to attorney Frank A Mazzeo. The following case opening statistical information was erroneously selected/entered: Cause of Action code 15:0044. The following correction(s) have been made to your case entry: the Cause of Action code has been modified to 15:1114. (dnh)** (Entered: 07/26/2019) |
| 07/26/2019 | ï | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT TRADEMARK FORM. Notice to Attorney Frank A Mazzeo re: Document No. 3 AO 120 Form Patent/Trademark – Notice of Submission by Attorney. The filing is deficient for the following reason(s): the Docket Number field on the AO 120 Patent/Trademark form was not completed by the attorney. Do not re−file the form. The Court has corrected the deficiency/deficiencies.. (dnh)** (Entered: 07/26/2019) |
| 07/26/2019 | ï 7 | AO 120 FORM TRADEMARK – CASE OPENING – SUBMITTED. In compliance with the provisions of 15 U.S.C. 1116, the Director of the U.S. Patent and Trademark Office is hereby advised that a court action has been filed on the following trademark(s) in the U.S. District Court Southern District of New York. Director of the U.S. Patent and Trademark Office electronically notified via Notice of Electronic Filing (NEF). (dnh) (Entered: 07/26/2019) |
| 07/26/2019 | ï | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT REQUEST FOR ISSUANCE OF SUMMONS. Notice to Attorney Frank A Mazzeo to RE−FILE Document No. 6 Request for** |

| | | |
|---|---|---|
| | | Issuance of Summons. The filing is deficient for the following reason(s): the PDF attached to the docket entry for the issuance of summons is not correct; Please do not include party text or party alias for the defendant on the summons PDF that is not included in the caption title on the pleading. Re–file the document using the event type Request for Issuance of Summons found under the event list Service of Process – select the correct filer/filers – and attach the correct summons form PDF. (dnh) (Entered: 07/26/2019) |
| 07/29/2019 | Ï 8 | REQUEST FOR ISSUANCE OF SUMMONS as to ME Technology Inc., re: 1 Complaint,. Document filed by CAA Industries, Ltd, Command Arms Accessories, LLC. (Mazzeo, Frank) (Entered: 07/29/2019) |
| 07/30/2019 | Ï 9 | ELECTRONIC SUMMONS ISSUED as to ME Technology Inc.. (dnh) (Entered: 07/30/2019) |
| 08/07/2019 | Ï 10 | AFFIDAVIT OF SERVICE of Summons and Complaint,. ME Technology Inc. served on 8/6/2019, answer due 8/27/2019. Service was accepted by Stephen Gallinaro, CFO. Document filed by Command Arms Accessories, LLC; CAA Industries, Ltd. (Mazzeo, Frank) (Entered: 08/07/2019) |
| 08/19/2019 | Ï 11 | **FILING ERROR – DEFICIENT DOCKET ENTRY –** FIRST MOTION for Preliminary Injunction *and Memorandum of Law in Support of Motion*. Document filed by CAA Industries, Ltd, Command Arms Accessories, LLC. Return Date set for 9/3/2019 at 05:00 PM. (Attachments: # 1 Text of Proposed Order Preliminary Injunction Order, # 2 Affidavit Declaration of Moshe Oz, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Exhibit 8, # 11 Exhibit 9, # 12 Exhibit 10, # 13 Exhibit 11, # 14 Exhibit 12, # 15 Exhibit 13, # 16 Exhibit 14, # 17 Exhibit 15, # 18 Exhibit 16, # 19 Exhibit 17, # 20 Exhibit 18, # 21 Exhibit 19, # 22 Exhibit 20, # 23 Exhibit 21, # 24 Exhibit 22, # 25 Exhibit 23, # 26 Exhibit 24, # 27 Exhibit 25, # 28 Exhibit 26, # 29 Exhibit 27, # 30 Exhibit 28, # 31 Exhibit 29, # 32 Exhibit 30, # 33 Exhibit 31)(Mazzeo, Frank) Modified on 8/26/2019 (ldi). (Entered: 08/19/2019) |
| 08/23/2019 | Ï 12 | NOTICE OF APPEARANCE by Timothy John McGinn on behalf of ME Technology Inc.. (McGinn, Timothy) (Entered: 08/23/2019) |
| 08/23/2019 | Ï 13 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by ME Technology Inc..(McGinn, Timothy) (Entered: 08/23/2019) |
| 08/23/2019 | Ï 14 | LETTER MOTION for Conference *Regarding Defendant ME Technology, Inc.'s Proposed Motions to Transfer This Action to the Southern District of Florida and to Stay All Deadlines Pending the Court's Determination of the Motion to Transfer* addressed to Judge Louis L. Stanton from Timothy J. McGinn dated August 23, 2019., FIRST LETTER MOTION for Extension of Time *as to Defendant ME Technology, Inc.'s Deadlines to Answer or Otherwise Respond to the Complaint and to Oppose Plaintiffs' Motion for a Preliminary Injunction* addressed to Judge Louis L. Stanton from Timothy J. McGinn dated August 23, 2019. Document filed by ME Technology Inc..(McGinn, Timothy) (Entered: 08/23/2019) |
| 08/26/2019 | Ï | ***NOTICE TO ATTORNEY TO RE–FILE DOCUMENT – DEFICIENT DOCKET ENTRY ERROR. Notice to Attorney Frank A Mazzeo to RE–FILE Document 11 FIRST MOTION for Preliminary Injunction *and Memorandum of Law in Support of Motion*. ERROR(S): Supporting documents must be filed separately, each receiving their own document number. Declaration in Support of Motion and Memorandum of Law in Support of Motion are both found under the event list Replies, Opposition and Supporting Documents. (ldi) (Entered: 08/26/2019) |
| 08/27/2019 | Ï 15 | FIRST MOTION for Preliminary Injunction . Document filed by CAA Industries, Ltd, Command Arms Accessories, LLC.(Mazzeo, Frank) (Entered: 08/27/2019) |
| 08/27/2019 | Ï 16 | MEMORANDUM OF LAW in Support re: 15 FIRST MOTION for Preliminary Injunction . . Document filed by CAA Industries, Ltd, Command Arms Accessories, LLC. (Mazzeo, Frank) (Entered: 08/27/2019) |

| | | |
|---|---|---|
| 08/27/2019 | ï 17 | MEMORANDUM OF LAW in Support re: 15 FIRST MOTION for Preliminary Injunction ., 11 FIRST MOTION for Preliminary Injunction *and Memorandum of Law in Support of Motion.*. . Document filed by CAA Industries, Ltd, Command Arms Accessories, LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31)(Mazzeo, Frank) (Entered: 08/27/2019) |
| 08/27/2019 | ï 18 | DECLARATION of Moshe Oz in Support re: 11 FIRST MOTION for Preliminary Injunction *and Memorandum of Law in Support of Motion.*, 15 FIRST MOTION for Preliminary Injunction .. Document filed by CAA Industries, Ltd, Command Arms Accessories, LLC. (Mazzeo, Frank) (Entered: 08/27/2019) |
| 08/28/2019 | ï 19 | LETTER MOTION for Extension of Time to File Response/Reply as to 15 FIRST MOTION for Preliminary Injunction . addressed to Judge Louis L. Stanton from Timothy J. McGinn dated August 28, 2019. Document filed by ME Technology Inc..(McGinn, Timothy) (Entered: 08/28/2019) |
| 08/29/2019 | ï | Set/Reset Hearings: Pre−Motion Conference set for 9/11/2019 at 03:00 PM in Courtroom 21C, 500 Pearl Street, New York, NY 10007 before Judge Louis L. Stanton. (ml) (Entered: 08/29/2019) |
| 09/02/2019 | ï 20 | LETTER RESPONSE in Opposition to Motion addressed to Judge Louis L. Stanton from Frank A. Mazzeo dated 9/2/2019 re: 14 LETTER MOTION for Conference *Regarding Defendant ME Technology, Inc.'s Proposed Motions to Transfer This Action to the Southern District of Florida and to Stay All Deadlines Pending the Court's Determination of the Motion to Transferas to Defendant ME Technology, Inc.'s Deadlines to Answer or Otherwise Respond to the Complaint and to Oppose Plaintiffs' Motion for a Preliminary Injunction* addressed to Judge Louis L. Stant . Document filed by CAA Industries, Ltd, Command Arms Accessories, LLC. (Mazzeo, Frank) (Entered: 09/02/2019) |
| 09/02/2019 | ï 21 | LETTER RESPONSE in Opposition to Motion addressed to Judge Louis L. Stanton from Frank A. Mazzeo dated 9/2/2019 re: 19 LETTER MOTION for Extension of Time to File Response/Reply as to 15 FIRST MOTION for Preliminary Injunction . addressed to Judge Louis L. Stanton from Timothy J. McGinn dated August 28, 2019. . Document filed by CAA Industries, Ltd, Command Arms Accessories, LLC. (Mazzeo, Frank) (Entered: 09/02/2019) |
| 09/03/2019 | ï 22 | ORDER denying 19 LETTER MOTION for Extension of Time to File Response/Reply as to 15 FIRST MOTION for Preliminary Injunction. Denied. (Signed by Judge Louis L. Stanton on 9/3/2019) (jca) (Entered: 09/03/2019) |
| 09/04/2019 | ï 23 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** FIRST MOTION to Add ., FIRST MOTION for William K. Hill to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−17542886. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by ME Technology Inc..(Hill, William) Modified on 9/5/2019 (bcu). (Entered: 09/04/2019) |
| 09/04/2019 | ï 24 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** DECLARATION of William K. Hill in Support re: 23 FIRST MOTION to Add .FIRST MOTION for William K. Hill to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−17542886. **Motion and supporting papers to be reviewed by Clerk's Office staff.**. Document filed by ME Technology Inc.. (Attachments: # 1 Exhibit Florida Bar Certificate of Good Standing)(Hill, William) Modified on 9/5/2019 (bcu). (Entered: 09/04/2019) |
| 09/05/2019 | ï 25 | LETTER MOTION for Extension of Time to File Response/Reply as to 15 FIRST MOTION for Preliminary Injunction . *Letter Motion for Three−Day Extension of Time to Offset Time Lost Preparing for Hurricane* addressed to Judge Louis L. Stanton from Timothy J. McGinn dated September 5, 2019. Document filed by ME Technology Inc..(McGinn, Timothy) (Entered: |

| | | |
|---|---|---|
| | | 09/05/2019) |
| 09/05/2019 | Ï | >>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE–FILE Document No. 23 FIRST MOTION to Add .FIRST MOTION for William K. Hill to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–17542886. Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): missing Certificate of Good Standing from Supreme Court of Florida. We do not except them from a State Bar association.; missing Proposed Order; Attorney Affidavit/Declaration is missing per local rule 1.3;. Re–file the motion as a Corrected Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order.. (bcu) (Entered: 09/05/2019) |
| 09/05/2019 | Ï 26 | ORDER denying 25 LETTER MOTION for Extension of Time to File Response/Reply as to 15 FIRST MOTION for Preliminary Injunction. Letter Motion for Three–Day Extension of Time to Offset Time Lost Preparing for Hurricane addressed to Judge Louis L. Stanton from Timothy J. McGinn dated September 5, 2019. Document filed by ME Technology Inc. Denied. Defendant shall serve and file its opposition by 12 noon on Tuesday, Sept. 10, 2019. So ordered. (Signed by Judge Louis L. Stanton on 9/5/2019) (rjm) (Entered: 09/05/2019) |
| 09/05/2019 | Ï | Set/Reset Deadlines: Responses due by 9/10/2019. (rjm) (Entered: 09/05/2019) |
| 09/05/2019 | Ï 27 | SECOND MOTION for William K. Hill to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff. Document filed by ME Technology Inc..(Hill, William) (Entered: 09/05/2019) |
| 09/09/2019 | Ï | >>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 27 SECOND MOTION for William K. Hill to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (wb) (Entered: 09/09/2019) |
| 09/09/2019 | Ï 28 | ORDER FOR ADMISSION PRO HAC VICE granting 27 Motion for William K. Hill to Appear Pro Hac Vice. (Signed by Judge Louis L. Stanton on 9/9/2019) (rro) (Entered: 09/09/2019) |
| 09/10/2019 | Ï 29 | DECLARATION of Timothy J. McGinn in Opposition re: 15 FIRST MOTION for Preliminary Injunction .. Document filed by ME Technology Inc.. (Attachments: # 1 Exhibit A (Browning Webpage), # 2 Exhibit B (Sig Sauer Webpage), # 3 Exhibit C (Kimber Webpage), # 4 Exhibit D (Jaxx Industries Webpage), # 5 Exhibit E (CZ–USA Webpage), # 6 Exhibit F (DesertTech Webpage), # 7 Exhibit G (Glockstore Webpage), # 8 Exhibit H (Keltec Webpage))(McGinn, Timothy) (Entered: 09/10/2019) |
| 09/10/2019 | Ï 30 | DECLARATION of Alan Litovsky in Opposition re: 15 FIRST MOTION for Preliminary Injunction .. Document filed by ME Technology Inc.. (Attachments: # 1 Exhibit A (US PTO Office Action), # 2 Exhibit B (Patent Application Claims), # 3 Exhibit C (U.S. Patent No. 8,887,432), # 4 Exhibit D (European Patent No. EP 2 314 976 B1))(McGinn, Timothy) (Entered: 09/10/2019) |
| 09/10/2019 | Ï 31 | DECLARATION of Alon Pomeranc, Adv. in Opposition re: 15 FIRST MOTION for Preliminary Injunction .. Document filed by ME Technology Inc.. (Attachments: # 1 Exhibit A (Opinion Letter))(McGinn, Timothy) (Entered: 09/10/2019) |
| 09/10/2019 | Ï 32 | DECLARATION of Red Rock BT Handels GmbH in Opposition re: 15 FIRST MOTION for Preliminary Injunction .. Document filed by ME Technology Inc.. (McGinn, Timothy) (Entered: 09/10/2019) |
| 09/10/2019 | Ï 33 | DECLARATION of Mark Rabinovich in Opposition re: 15 FIRST MOTION for Preliminary Injunction .. Document filed by ME Technology Inc.. (Attachments: # 1 Exhibit A (Comaren (Majority Shareholder) Letter To Distributors))(McGinn, Timothy) (Entered: 09/10/2019) |

| | | |
|---|---|---|
| 09/10/2019 | 34 | DECLARATION of Alon Pomeranc, Adv. in Opposition re: 15 FIRST MOTION for Preliminary Injunction .. Document filed by ME Technology Inc.. (Attachments: # 1 Exhibit A (Lipa Meir & Co. Letter to Distributors))(McGinn, Timothy) (Entered: 09/10/2019) |
| 09/10/2019 | 35 | DECLARATION of Tal Hermoni in Opposition re: 15 FIRST MOTION for Preliminary Injunction .. Document filed by ME Technology Inc.. (McGinn, Timothy) (Entered: 09/10/2019) |
| 09/10/2019 | 36 | DECLARATION of Tal Hermoni in Opposition re: 15 FIRST MOTION for Preliminary Injunction .. Document filed by ME Technology Inc.. (McGinn, Timothy) (Entered: 09/10/2019) |
| 09/10/2019 | 37 | MEMORANDUM OF LAW in Opposition re: 15 FIRST MOTION for Preliminary Injunction .. Document filed by ME Technology Inc.. (McGinn, Timothy) (Entered: 09/10/2019) |
| 09/10/2019 | 38 | DECLARATION of Michael Hartman in Opposition re: 15 FIRST MOTION for Preliminary Injunction .. Document filed by ME Technology Inc.. (McGinn, Timothy) (Entered: 09/10/2019) |
| 09/10/2019 | 39 | DECLARATION of Michael Tiruaturyan in Opposition re: 15 FIRST MOTION for Preliminary Injunction .. Document filed by ME Technology Inc.. (Hill, William) (Entered: 09/10/2019) |
| 09/10/2019 | 40 | DECLARATION of Michael Hartman (Corrected) in Opposition re: 15 FIRST MOTION for Preliminary Injunction .. Document filed by ME Technology Inc.. (Attachments: # 1 Exhibit 1 (M. Hartman Biography), # 2 Exhibit 2 (Mek Image), # 3 Exhibit 3 (Soldier of Fortune), # 4 Exhibit 4 (Website Redesign), # 5 Exhibit 5 (Whats App Communications), # 6 Exhibit 6 (SB Tactical License Agreement), # 7 Exhibit 7 (SB Tactical Termination of License), # 8 Exhibit 8 (SB Tactical Letter), # 9 Exhibit 9 (M. Oz Letter), # 10 Exhibit 10 (M. Oz Letter), # 11 Exhibit 11−1 (Inventory Photos), # 12 Exhibit 11−2 (Inventory Photos), # 13 Exhibit 12 (Customer Comments))(McGinn, Timothy) (Entered: 09/10/2019) |
| 09/10/2019 | 41 | DECLARATION of Michael Tiraturian (Corrected) in Opposition re: 15 FIRST MOTION for Preliminary Injunction .. Document filed by ME Technology Inc.. (Attachments: # 1 Exhibit 1 (Florida Division of Corporations Record Re: ME Technology, Inc.), # 2 Exhibit 2 (Florida Division of Corporations Fictitious Name Detail Re: ME Technology, Inc./Command Arms Accessories), # 3 Exhibit 3 (SB Tactical License Agreement), # 4 Exhibit 4 (Project CAA Due Diligence Cover Sheet), # 5 Exhibit 5 (CAA Israel Shareholders Agreement), # 6 Exhibit 6 (CAA USA Payments to Dan Alexander & Co.), # 7 Exhibit 7 (CAA USA Payments to NG Soft), # 8 Exhibit 8 (CAA Business Card), # 9 Exhibit 9 (T. Hermoni Letter), # 10 Exhibit 10 (T. Hermoni Resignation Letter), # 11 Exhibit 11 (Correspondence Re: Proposed Transaction), # 12 Exhibit 12 (Complaint Letter Re: CAA Israel Pricing), # 13 Exhibit 13 (Cease and Desist Letter), # 14 Exhibit 14 (Response to Cease and Desist Letter), # 15 Exhibit 15 (Photograph of Charging Handle; U.S. Patent 8,887,432), # 16 Exhibit 16 (Command Arms Accessories, LLC's 2016 Tax Paperwork) (SSN redacted), # 17 Exhibit 17 (Command Arms Accessories, LLC's 2017 Tax Paperwork) (SSN redacted), # 18 Exhibit 18 (Asset Purchase Agreement, # 19 Exhibit 19 (Correspondence Re: CAA Re−branding), # 20 Exhibit 20 (Correspondence Re: CAA Re−branding), # 21 Exhibit 21 (Correspondence Re: CAA Re−branding), # 22 Exhibit 22 (Correspondence Re: CAA Re−branding and Payment), # 23 Exhibit 23 (Correspondence Re: CAA Re−branding and Payment), # 24 Exhibit 24 (Dan Alexander & Co. Letter Re: Brand Maintenance and Support), # 25 Exhibit 25 (Correspondence Re: CAA Branding), # 26 Exhibit 26−1 (Correspondence Re: 2016 Shot Show), # 27 Exhibit 26−2 (Correspondence Re: 2016 Shot Show))(McGinn, Timothy) (Entered: 09/10/2019) |
| 09/11/2019 | | Minute Entry for proceedings held before Judge Louis L. Stanton: Pre−Motion Conference held on 9/11/2019. (Court Reporter Carol Ganley) (ml) (Entered: 09/11/2019) |
| 09/17/2019 | 42 | REPLY MEMORANDUM OF LAW in Support re: 15 FIRST MOTION for Preliminary Injunction .. Document filed by CAA Industries, Ltd, Command Arms Accessories, LLC. (Attachments: # 1 Exhibit 32, # 2 Exhibit 33, # 3 Exhibit 34)(Mazzeo, Frank) (Entered: 09/17/2019) |
| 09/17/2019 | 43 | |

| | | |
|---|---|---|
| | | DECLARATION of Moshe Oz in Support re: 15 FIRST MOTION for Preliminary Injunction .. Document filed by CAA Industries, Ltd, Command Arms Accessories, LLC. (Mazzeo, Frank) (Entered: 09/17/2019) |
| 09/17/2019 | Ï 44 | DECLARATION of Eldad Oz in Support re: 15 FIRST MOTION for Preliminary Injunction .. Document filed by CAA Industries, Ltd, Command Arms Accessories, LLC. (Mazzeo, Frank) (Entered: 09/17/2019) |
| 09/19/2019 | Ï 45 | MOTION for Joseph M. Koniezny to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–17630559. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by CAA Industries, Ltd, Command Arms Accessories, LLC. (Attachments: # 1 Text of Proposed Order, # 2 Affidavit Affidavit of Applicant, # 3 Exhibit Certificate of Good Standing)(Mazzeo, Frank) (Entered: 09/19/2019) |
| 09/20/2019 | Ï | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 45 MOTION for Joseph M. Koniezny to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–17630559. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (wb)** (Entered: 09/20/2019) |
| 09/20/2019 | Ï 46 | LETTER addressed to Judge Louis L. Stanton from Frank A. Mazzeo dated September 20, 2019 re: Scheduling Early Hearing on Preliminary Injunction Motion. Document filed by CAA Industries, Ltd, Command Arms Accessories, LLC. (Attachments: # 1 Attachment 1, # 2 Attachment 2)(Mazzeo, Frank) (Entered: 09/20/2019) |
| 09/23/2019 | Ï 47 | FIRST LETTER addressed to Judge Louis L. Stanton from William K. Hill dated 09/23/2019 re: DE 46. Document filed by ME Technology Inc..(Hill, William) (Entered: 09/23/2019) |
| 09/25/2019 | Ï 48 | **FILING ERROR – WRONG EVENT TYPE SELECTED FROM MENU –** NOTICE of Motion to Transfer. Document filed by ME Technology Inc.. (Hill, William) Modified on 10/10/2019 (ldi). (Entered: 09/25/2019) |
| 09/25/2019 | Ï 49 | **FILING ERROR – WRONG EVENT TYPE SELECTED FROM MENU –** FIRST MOTION to Transfer Case *to Southern District of Florida*. Document filed by ME Technology Inc..(Hill, William) Modified on 10/10/2019 (ldi). (Entered: 09/25/2019) |
| 09/25/2019 | Ï 50 | **FILING ERROR – DEFICIENT DOCKET ENTRY –** DECLARATION of Michael Tiraturian in Support re: 49 FIRST MOTION to Transfer Case *to Southern District of Florida.*. Document filed by ME Technology Inc.. (Hill, William) Modified on 10/10/2019 (ldi). (Entered: 09/25/2019) |
| 10/07/2019 | Ï 51 | ORDER FOR ADMISSION PRO HAC VICE granting 45 Motion for Joseph M. Koniezny to Appear Pro Hac Vice. (Signed by Judge Louis L. Stanton on 10/7/2019) (rro) (Entered: 10/07/2019) |
| 10/09/2019 | Ï 52 | **FILING ERROR – WRONG PDF FILE ASSOCIATED WITH DOCKET ENTRY –** MEMORANDUM OF LAW in Opposition re: 49 FIRST MOTION to Transfer Case *to Southern District of Florida*. . Document filed by CAA Industries, Ltd, Command Arms Accessories, LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6)(Mazzeo, Frank) Modified on 10/10/2019 (ldi). (Entered: 10/09/2019) |
| 10/09/2019 | Ï 53 | **FILING ERROR – DEFICIENT DOCKET ENTRY –** DECLARATION of Moshe Oz in Opposition re: 49 FIRST MOTION to Transfer Case *to Southern District of Florida.*. Document filed by CAA Industries, Ltd, Command Arms Accessories, LLC. (Mazzeo, Frank) Modified on 10/10/2019 (ldi). (Entered: 10/09/2019) |
| 10/10/2019 | Ï | ***NOTICE TO ATTORNEY TO RE–FILE DOCUMENT – EVENT TYPE ERROR. Notice to Attorney William K. Hill to RE–FILE Document 48 Notice (Other). Use the event type Transfer Case found under the event list Motions. (ldi)** (Entered: 10/10/2019) |

| | | |
|---|---|---|
| 10/10/2019 | Ï | ***NOTICE TO ATTORNEY TO RE–FILE DOCUMENT – EVENT TYPE ERROR. Notice to Attorney William K. Hill to RE–FILE Document 49 FIRST MOTION to Transfer Case *to Southern District of Florida*. Use the event type Memorandum of Law in Support of Motion found under the event list Replies, Opposition and Supporting Documents. (ldi) (Entered: 10/10/2019) |
| 10/10/2019 | Ï | ***NOTICE TO ATTORNEY TO RE–FILE DOCUMENT – DEFICIENT DOCKET ENTRY ERROR. Notice to Attorney William K. Hill to RE–FILE Document 50 Declaration in Support of Motion. ERROR(S): document linked to filing error. (ldi) (Entered: 10/10/2019) |
| 10/10/2019 | Ï | ***NOTICE TO ATTORNEY TO RE–FILE DOCUMENT – PDF ERROR. Notice to Attorney Frank A Mazzeo to RE–FILE Document 52 Memorandum of Law in Opposition to Motion. NOTE: This is an incomplete document, the PDF is missing pages. (ldi) (Entered: 10/10/2019) |
| 10/10/2019 | Ï | ***NOTICE TO ATTORNEY TO RE–FILE DOCUMENT – DEFICIENT DOCKET ENTRY ERROR. Notice to Attorney Frank A Mazzeo to RE–FILE Document 53 Declaration in Opposition to Motion. ERROR(S): document linked to filing error. (ldi) (Entered: 10/10/2019) |
| 10/10/2019 | Ï 54 | MOTION to Transfer Case *to United States District Court for the Southern District of Florida Pursuant to 28 U.S.C. § 1404(a)*. Document filed by ME Technology Inc..(McGinn, Timothy) (Entered: 10/10/2019) |
| 10/10/2019 | Ï 55 | MEMORANDUM OF LAW in Support re: 54 MOTION to Transfer Case *to United States District Court for the Southern District of Florida Pursuant to 28 U.S.C. § 1404(a)*. . Document filed by ME Technology Inc.. (McGinn, Timothy) (Entered: 10/10/2019) |
| 10/10/2019 | Ï 56 | DECLARATION of Michael Tiraturian in Support re: 54 MOTION to Transfer Case *to United States District Court for the Southern District of Florida Pursuant to 28 U.S.C. § 1404(a)*.. Document filed by ME Technology Inc.. (McGinn, Timothy) (Entered: 10/10/2019) |
| 10/10/2019 | Ï 57 | MEMORANDUM OF LAW in Opposition re: 54 MOTION to Transfer Case *to United States District Court for the Southern District of Florida Pursuant to 28 U.S.C. § 1404(a)*. . Document filed by CAA Industries, Ltd, Command Arms Accessories, LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6)(Mazzeo, Frank) (Entered: 10/10/2019) |
| 10/10/2019 | Ï 58 | DECLARATION of Moshe Oz in Opposition re: 54 MOTION to Transfer Case *to United States District Court for the Southern District of Florida Pursuant to 28 U.S.C. § 1404(a)*.. Document filed by CAA Industries, Ltd, Command Arms Accessories, LLC. (Mazzeo, Frank) (Entered: 10/10/2019) |
| 10/15/2019 | Ï 59 | REPLY AFFIRMATION of Michael Tiraturian in Support re: 54 MOTION to Transfer Case *to United States District Court for the Southern District of Florida Pursuant to 28 U.S.C. § 1404(a)*.. Document filed by ME Technology Inc.. (McGinn, Timothy) (Entered: 10/15/2019) |
| 10/15/2019 | Ï 60 | REPLY AFFIRMATION of Timothy J. McGinn in Support re: 54 MOTION to Transfer Case *to United States District Court for the Southern District of Florida Pursuant to 28 U.S.C. § 1404(a)*.. Document filed by ME Technology Inc.. (Attachments: # 1 Exhibit A (Waiver of Service of Summons), # 2 Exhibit B (S.D. Fla. Docket Sheet), # 3 Exhibit C (Joint Scheduling Report and Proposed Order))(McGinn, Timothy) (Entered: 10/15/2019) |
| 10/15/2019 | Ï 61 | REPLY MEMORANDUM OF LAW in Support re: 54 MOTION to Transfer Case *to United States District Court for the Southern District of Florida Pursuant to 28 U.S.C. § 1404(a)*. . Document filed by ME Technology Inc.. (McGinn, Timothy) (Entered: 10/15/2019) |
| 10/31/2019 | Ï 62 | |

| | | |
|---|---|---|
| | | OPINION & ORDER re: 54 MOTION to Transfer Case *to United States District Court for the Southern District of Florida Pursuant to 28 U.S.C. § 1404(a)*. filed by ME Technology Inc., 15 FIRST MOTION for Preliminary Injunction . filed by Command Arms Accessories, LLC, CAA Industries, Ltd. Plaintiffs' motion for preliminary injunction (Dkt. No. 15) is denied. Defendant's motion to transfer this action (Dkt. No. 54) is granted. Accordingly, it is ordered that the Clerk transfer this action to the United States District Court for the Southern District of Florida pursuant to 28 U.S.C. § 1404(a). So ordered. (Signed by Judge Louis L. Stanton on 10/31/2019) (ks) Transmission to Office of the Clerk of Court for processing. (Entered: 10/31/2019) |
| 10/31/2019 | Ï | CASE TRANSFERRED OUT ELECTRONICALLY from the U.S.D.C. Southern District of New York to the United States District Court – District of Southern District of Florida. (jca) (Entered: 11/07/2019) |